**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1437**

———————

WALDO FENNER,

                    Plaintiff – Appellant,

      v.

CITY OF DURHAM/BOARD OF ADJUSTMENT,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. Thomas D. Schroeder,
District Judge. (1:10-cv-00383-TDS-JLW)

———————

Submitted: July 25, 2013            Decided: July 29, 2013

———————

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Waldo Fenner, Appellant Pro Se. Emmanuel Dubois McGirt, CITY
ATTORNEY'S OFFICE, Durham, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Waldo Fenner appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Fenner's 42 U.S.C. §§ 1983, 1985, 1986 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fenner v. City of Durham/Board of Adjustment, No. 1:10-cv-00383-TDS-JLW (M.D.N.C. Mar. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2